UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

v.

DANIEL JOSEPH HARRIS

        Defendant(s).

Case No. 1:20-cr-00183-RJJ

Hon. Robert J. Jonker

**GOVERNMENT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

I.    **DISCOVERY**

    A.    Statements of Defendant

        1.    Oral Statements (Rule 16(a)(1)(A))

☐ There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).

☒ There are the following written records of oral statements:

-FBI Report of Custodial Interrogation (also audio/video recorded)

The substance of which

☐ has been disclosed to defense counsel.

☒ will be disclosed to defense counsel by   January 15, 2021  .

        2.    Written or Recorded Statements (Rule 16(a)(1)(B))

☐ There are no written or recorded statements or grand jury testimony of defendant.

☒ There are the following written or recorded statements or grand jury testimony:

-Audio recordings (covert surveillance)
-Audio/video recording of custodial interview
-Text messages, chats
-Audio/video recordings sent through social media

All written or recorded statements

☐ have been disclosed to defense counsel.

☒ will be disclosed to defense counsel by   January 15, 2021  .

B. Defendant's Prior Record (Rule 16(a)(1)(D))

- [ ] The Government has made due inquiry and is not aware of any prior criminal record.
- [x] The Government has disclosed defendant's prior criminal history.
- [ ] The Government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C. Documents and Tangible Objects (Rule 16(a)(1)(E))

- [ ] The Government has no documents, tangible objects, or physical evidence required to be disclosed.
- [x] The Government has the following documents, tangible objects, and physical evidence:
  - [ ] Drug Paraphernalia
  - [ ] Drug Records
  - [ ] Inventory (attached)
  - [ ] Controlled Substances: _____
  - [ ] Records: _____
  - [x] Firearms: See returns on warrants listed below
  - [x] Other: See returns on warrants listed below
- [x] The Government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
  - [ ] State
  - [x] Federal:
    - Case No. _____ Re: 20-mj-349, 392, 393, 394, 396 (ping)
    - Case No. _____ Re: 20-mc-505016-10 (electronic devices)
    - Case No. _____ Re: 20-mc-50516-4, 9 (residence and vhc)
- [ ] They have been made available for inspection and copying by defense counsel.
- [x] Defense counsel should make arrangements with: FBI Special Agent Jordan Carlson

D. Reports of Examinations and Tests (Rule 16(a)(1)(F))

- [ ] The Government has no reports of examinations or tests required to be disclosed by Rule 16.
- [x] The Government has or expects to have reports of the following examinations and tests:
  - [ ] Drug Analysis
  - [ ] Handwriting
  - [x] Fingerprints
  - [ ] DNA
  - [x] Firearms/Nexus
  - [x] Gun Operability
  - [x] Computer Forensics
  - [ ] Other: _____

E. Reciprocal Discovery

- [x] The Government seeks reciprocal discovery.

F. <u>Notice Under FRE 404(b)</u>

☒ The Government does not presently intend to introduce 404(b) evidence.

☐ The Government does presently intend to introduce the following 404(b) evidence:

☐ The Government will provide pretrial notice of 404(b) evidence by _____.

G. <u>Other Discovery Matters</u>

II. <u>TRIAL</u>
   A. The Government requests a ☒ jury ☐ non-jury trial.
   B. The length of trial excluding jury selection is estimated at __3 weeks__.

III. <u>MISCELLANEOUS</u>

The parties acknowledge that if the case is appropriate for expedited resolution, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ The Government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.

☐ The Government is aware of the following potential conflicts:

☒ Government's plea negotiation policy:

To benefit from concessions by the government, Defendant must enter plea agreement 4 weeks before the final pretrial conference.

Date __December 17, 2020__    __Austin J. Hakes__
                              Counsel for the United States

(Rev. 03/01/2019)