UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER: 1:20-CR-183 |
| Plaintiff, | |
| v. | HON. ROBERT J. JONKER<br>CHIEF U.S. DISTRICT COURT JUDGE |
| DANIEL JOSEPH HARRIS, | **DEFENDANT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT** |
| Defendant. | |

Defendant\_\_\_\_DANIEL JOSEPH HARRIS_____, through his attorney, submits the following initial pretrial conference summary statement.

I. <u>DISCOVERY</u>

☒ The defendant requests disclosure pursuant to Federal Rules of Evidence 404(b).

The defendant ☒ will ☐ will not provide reciprocal discovery.

II. <u>TRIAL</u>

The defendant requests a ☒ jury ☐ non-jury trial.

III. <u>MISCELLANEOUS</u>

The parties acknowledge that if the case is appropriate for expedited resolution and sentencing, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ Counsel for defendant is unaware at this time of any known conflict with counsel's representation of defendant. Counsel will immediately advise the court if any such conflict becomes known.

☐ Counsel for defendant is aware of the following potential conflicts:

IV. <u>OBLIGATIONS</u>

☒ Counsel for defendant acknowledges having reviewed the Obligations of Defense Counsel section available at the court's website, www.miwd.uscourts.gov > > Attorney Information > > Criminal Case Information.

Date\_\_December 17, 2020_____  /s/ Parker Douglas_____
                                    Counsel for Defendant