## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Daniel Harris | Mag. Judge: Sally J. Berens |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:20-cr-00183-RJJ | 12/17/2020 | 10:00 a.m. - 10:08 a.m. | Grand Rapids | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Nils R. Kessler, Austin Hakes | Thomas William Parker Douglas | CJA Appointment |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment | Read __<br>Reading Waived __ |

**TYPE OF HEARING**
- __ First Appearance
- ✓ Arraignment:
  - __ mute   __ nolo contendre
  - ✓ not guilty   __ guilty
- ✓ Initial Pretrial Conference
- __ Detention   (waived __)
- __ Preliminary   (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- __ Other: _____

**DOCUMENTS**
- __ Defendant's Rights
- __ Waiver of _____
- __ Consent to Mag. Judge for _____
- __ Other: _____

Court to Issue:
- __ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- ✓ Other: Rule 5(f) Order

**CHANGE OF PLEA**

Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

Presentence Report:
__ Ordered   __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

**EXPEDITED RESOLUTION**

__ Case appears appropriate for expedited resolution

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| Proceeding held by video. | Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____<br>Plea Agreement Accepted:   __ Yes  __ No<br>Defendant informed of right to appeal:   __ Yes  __ No<br>Counsel informed of obligation to file appeal:  __ Yes  __ No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detention Continued | $ _____ |

**CASE TO BE:** Referred to District Judge    **TYPE OF HEARING:** Further Proceedings

**Reporter/Recorder:** Digitally Recorded    **Courtroom Deputy:** J. Lenon