United States District Court
For the Western District of Michigan
Southern Division

UNITED STATES OF AMERICA,

                Plaintiff,                No. 1:20-cr-183

vs.                                          Hon. Robert J. Jonker
                                                Chief United States District Judge

DANIEL JOSEPH HARRIS,

                Defendant.

## MOTION TO COMPEL IDENTIFICATION OF EXCULPATORY EVIDENCE

Daniel Harris, by his counsel, Julia A. Kelly, for the reasons explained in the following brief, moves the Court to order the disclosure of exculpatory evidence in an identifiable fashion. Defendant Harris relies on the attached Brief in Support of this motion for his reasons.

Date:  July 12, 2021

Respectfully Submitted,

Willey & Chamberlain LLP
Attorneys for Defendant Harris

  /s/ Julia A. Kelly
_____
Julia A. Kelly (P77407)

300 Ottawa Avenue, N.W., Suite 810
Grand Rapids, Michigan 49503
(616) 458-2212
jak@willeychamberlain.com