UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                           Case No. 1:20–cr–183

     v.                                       Hon. Robert J. Jonker

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.,
DANIEL JOSEPH HARRIS,
BRANDON MICHAEL–RAY CASERTA,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

Motion(s):                Motion in Limine (ECF No. 493)
Date/Time:               March 4, 2022   01:30 PM
Magistrate Judge:      Sally J. Berens
Place/Location:         650 Federal Building, Grand Rapids, MI

*Public audio access (listen only) for the hearing will be available by phone at (888) 3634734 with Access Code 6957754#; RECORDING OR BROADCASTING OF THIS PROCEEDING IS PROHIBITED LGenR 4.1(c)(i) and (ii).*

                                            SALLY J. BERENS
                                            U.S. Magistrate Judge

Dated:  March 1, 2022         By:     /s/ Jenny Norton
                                                   Courtroom Deputy