UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                         Case No. 1:20–cr–183

v.                                  Hon. Robert J. Jonker

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.,
DANIEL JOSEPH HARRIS,
BRANDON MICHAEL–RAY CASERTA,

       Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing on the following motion(s) has been **rescheduled** as set forth below:

| | |
|---|---|
| Motion(s): | Motion in Limine (ECF No. 493) |
| Date/Time: | March 4, 2022   01:30 PM *(previously set for same date and time)* |
| Magistrate Judge: | Sally J. Berens |
| Place/Location: | 699 Federal Building, Grand Rapids, MI |

*Change in location. Public audio access (listen only) for the hearing will be available, subject to capacity limits, by phone at (877) 402–9753 with Access Code 8731455#. RECORDING OR BROADCASTING OF THIS PROCEEDING IS PROHIBITED. LGenR 4.1(c)(i) and (ii).*

                                                 SALLY J. BERENS
                                                 U.S. Magistrate Judge

Dated:  March 1, 2022        By:   /s/ Jenny Norton
                                             Courtroom Deputy