UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL JOSEPH HARRIS,

    Defendant.
_____/

CASE NO. 1:20-CR-183-5

HON. ROBERT J. JONKER

## JUDGMENT OF ACQUITTAL

Upon delivery of the Jury Verdict in open Court and Defendant Daniel Joseph Harris having been found not guilty on all counts charged,

**IT IS ORDERED** that the Defendant is acquitted, discharged, and any bond exonerated.

Dated:   April 8, 2022              /s/ Robert J. Jonker
                                            ROBERT J. JONKER
                                            CHIEF UNITED STATES DISTRICT JUDGE